**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-CV-25270-HUCK/Becerra**

**R.M.,**

    **Plaintiff,**

**v.**

**Miami-Dade County,**

    **Defendant.**
_____

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff hereby files this Certificate of Interested Parties pursuant to the Court's Order Setting Civil Jury Trial Date and Pretrial Schedule (ECF No. 23), and certifies that the following persons and entities may have an interest in the outcome of this case:

1.    Bonzon-Keenan, Geraldine, Miami-Dade County Attorney, Counsel for Defendant

2.    Dolce Law PLLC, Counsel for Plaintiff

3.    Dolce, Wendy, Counsel for Plaintiff

4.    Kight, Danyeal, Plaintiff's parent and natural guardian

5.    M., R., Plaintiff

6.    Mazard-Saintilus, Carline, former co-Plaintiff

7.    McFarlane, Leona, Assistant County Attorney, Counsel for Defendant

8.    Mesidor, Marjorie, Counsel for Plaintiff

9.    Miami-Dade County, Defendant

10.    Phillips & Associates, Attorneys At Law, PLLC, Counsel for Plaintiff

DATED: June 3, 2021                              Respectfully submitted,

_____/s/_____
Wendy Dolce, Esq.
Dolce Law PLLC
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: 718-571-9162
Email: wendy@dolcelaw.com

_____/s/_____
Marjorie Mesidor
PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW, PLLC
585 Stewart Avenue, Suite 410
Garden City, New York 11530
Telephone: (212) 2487431
Email: mmesidor@tpglaws.com

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF on June 3, 2021 on all counsel or parties of record on the Service List below.

s/ Wendy Dolce_____
Counsel for Plaintiff

## SERVICE LIST

**Counsel for Defendant**
Leona N. McFarlane
Leona.McFarlane@miamidade.gov
Miami-Dade County Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5067