UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-25270-HUCK/Becerra

R.M.,

    Plaintiff,

v.

MIAMI-DADE COUNTY, ET AL.,

    Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R

**THIS MATTER** is before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Defendant Miami-Dade County's Motion to Tax Costs ("Motion"), which was entered on June 20, 2022. [ECF No. 59]. In the R&R, Judge Becerra recommends that this Court grant Defendant's Motion and award $4,241.55 in costs to Defendant as the prevailing party, concluding that the requested costs are taxable and that they were necessarily obtained for use in the case. [ECF No. 59 at 2-5]. The R&R gave notice to the parties that objections must be filed within fourteen days of being served with a copy of the R&R and further advised the parties of the consequences of failing to do so. [ECF No. 59 at 5].

Plaintiff has failed to file timely objections. *See Houston Specialty Ins. Co. v. Fenstersheib*, No. 20-cv-60091-ALTMAN, 2022 WL 484858, at *1 (S.D. Fla. 2022) (explaining that when a party fails to timely object to a magistrate judge's R&R, Federal Rule of Civil Procedure 72 requires that the district court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" and that "the Supreme Court has acknowledged that Congress's intent was to require *de novo* review only where objections have been properly filed") (quoting Fed. R. Civ. P. 72 advisory committee's note) (citing *Thomas v. Arn*, 474 U.S.

140, 150 (1985)).  By failing to file timely objections, Plaintiff apparently concedes the factual and legal conclusions included in the R&R.  The Court has independently reviewed the R&R and the pertinent portions of the record.  Being otherwise duly advised, the Court finds no clear error on the face of the R&R and adopts its findings of fact and conclusions.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R [ECF No. 59] is **ADOPTED** and **AFFIRMED in its entirety**; (2) Defendant's Motion [ECF No. 55] is **GRANTED**; and (3) Defendant is **AWARDED** costs in the amount of $4,241.55.

**DONE AND ORDERED** in Miami, Florida on July 8, 2022.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record;
Clerk of Court